**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-6348**

—————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

LONNIE MACK OGLESBEE,

                Defendant - Appellant.

—————

Appeal from the United States District Court for the Western
District of North Carolina, at Bryson City.    Martin K.
Reidinger, District Judge.   (2:04-cr-00038-MR-DLH-1; 2:07-cv-
00023-MR)

—————

Submitted:  August 25, 2011        Decided:  August 29, 2011

—————

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Lonnie Mack Oglesbee, Appellant Pro Se.   Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie Mack Oglesbee seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Oglesbee has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented

2

in the materials before the court and argument would not aid the decisional process.

DISMISSED